UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



LETIZIA MARTINEZ de GONZALEZ,

           Plaintiff,

-v-

UBS AG, UBS TRUSTEES, LTD.,

           Defendants.

07 CV 7462 (RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

    By letter dated September 25, 2007, defendant UBS AG seeks a ninety-day extension of time to answer the complaint in the above-entitled action. According to UBS AG's letter, plaintiff consents to a two-week extension of UBS AG's time to answer on the condition that UBS AG accept service on behalf of the remaining defendant, UBS Trustees, LTD.

    IT IS HEREBY ORDERED that defendant UBS AG's time to answer the complaint is extended to Wednesday, October 17, 2007.

    IT IS FURTHER ORDERED that plaintiff shall submit a letter to the Court on or before Wednesday October 10, 2007, explaining why this Court should not further extend UBS AG's time to answer the complaint to Friday, December 21, 2007.

SO ORDERED.

Dated:    New York, New York
           September 26, 2007

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE