UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LETIZIA MARTINEZ DE GONZALEZ, as administratrix
and executrix of the Estate of Emilio Martinez Manautou, as
Trustee of the Emilio Martinez Manautou Trust, and as Trustee
of the EMM Trust,

        Plaintiff(s),

JUDGE SULLIVAN
Index No. 07 CIV 7462

   -against-

AFFIDAVIT OF SERVICE

UBS AG and UBS TRUSTEES LTD.,
        Defendant(s).
------------------------------------------------------------X
STATE OF NEW YORK  )
                        S.S.:
COUNTY OF NEW YORK)

       HECTOR FIGUEROA, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

       That on the 6th day of September 2007, at approximately 12:55 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION AND COMPLAINT JURY TRIAL DEMANDED** upon UBS AG at 101 Park Avenue, New York, NY 10178, by personally delivering and leaving the same with Jennifer Hochberg, Executive Director, who informed deponent that she is an agent authorized by appointment to receive service at that address.

       Jennifer Hochberg is a white female, approximately 40 years of age, stands approximately 5 feet 5 inches tall and weighs approximately 120 pounds with brown hair and light eyes.

_____
HECTOR FIGUEROA #870141

Sworn to before me this
10th day of September, 2007

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20 08