Demovsky Lawyer Service
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------X
LETIZIA MARTINEZ DE GONZALEZ et al.,

                Plaintiff,

                AFFIDAVIT OF SERVICE
    -v-                07 CIV 7462

UBS AG AND UBS TRUSTEES LTD.,

                Defendants.
--------------------------------------------------X
STATE OF NEW YORK    )
        S.S.:
COUNTY OF ALBANY    )

        DEBORAH LaPOINTE, being duly sworn, deposes and says that she is over the age of eighteen years, is an employee of the attorney service, D.L.S., Inc., and is not a party to this action.

        That on the 6TH day of September, 2007, at approximately the time of 12:15P.M., deponent served a copy of the SUMMONS AND COMPLAINT upon UBS AG, c/o Registered Agent, Corporation Service Company, 80 State Street, Albany, New York, by personally delivering and leaving the same with GLADYS RYAN who informed deponent that she holds the position of SERVICE OF PROCESS REPRESENTATIVE with that department and is authorized by appointment to receive service at that address.

        GLADYS RYAN is a white female, approximately 62 years of age, stands approximately 5 feet 4 inches tall, weighs approximately 125 pounds with blonde hair and wears glasses.

DEBORAH LaPOINTE
Sworn to before me this
6TH day of September, 2007

NOTARY PUBLIC

Frank J. Panucci
Notary Public State of NY
Qualified in Albany Co.
No. 4741156
Comm. Expires July 31, 2010

D.L.S., Inc.
100 State St.
Ste 220
Albany, NY 12207
800-443-1058
www.dlsny.com