AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern     DISTRICT OF     New York

**APPEARANCE**

Case Number: 07 CIV 7462

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

UBS AG     (Defendant)

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 10/2/2007 | *[signature: Owen C. Pell]* |
| Date | Signature |
| | Owen C. Pell     OCP-0118 |
| | Print Name     Bar Number |
| | White & Case LLP 1155 Avenue of the Americas |
| | Address |
| | New York     NY     10036 |
| | City     State     Zip Code |
| | (212) 819-8891     (212) 354-8113 |
| | Phone Number     Fax Number |