UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LETIZIA MARTINEZ de GONZALEZ,

                Plaintiff,

   -v-

UBS AG, UBS TRUSTEES, LTD.,

                Defendants.

07-CV-7462 (RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

    IT IS HEREBY ORDERED that defendant UBS AG's time to answer the complaint is extended to Friday, October 26, 2007.

SO ORDERED.

Dated:    New York, New York
           October 11, 2007

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/12/07