UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



LETIZIA MARTINEZ de GONZALEZ,

    Plaintiff,

-v-

UBS AG, UBS TRUSTEES, LTD.,

    Defendants.

07-CV-7462 (RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

The above-entitled action has been assigned/reassigned to my docket.

IT IS HEREBY ORDERED that counsel who will try the case appear for an initial conference before the undersigned on **December 5, 2007 @ 10AM** in the United States District Court, 500 Pearl Street, New York, New York, Courtroom 21C.

IT IS FURTHER ORDERED that the parties abide by the following directives regarding the submission of materials prior to the initial conference:

(1) Case Management and Scheduling Report - No later than **Nov. 14, 2007** prior to the initial conference, the parties must furnish the Court with a jointly-written report of their agreements or disagreements regarding case management and discovery, in a form corresponding to the Court's Case Management Plan and Scheduling Order, which can be accessed electronically at http://www1.nysd.uscourts.gov/judge_info.php?id=99. At or before the initial conference, the Court will issue a binding Case Management Plan and Scheduling Order that, in most cases, will require the case to be ready for trial within five months of the date thereof.



(2) Pre-Motion Letter - No later than **Four Weeks** prior to the initial conference, pursuant to this Court's Individual Rule 2.A., any party that intends to file a motion must, in *addition* to submitting a written report regarding case management and discovery, file and serve a letter, not to exceed three pages, setting forth the basis for the anticipated motion. All parties so served must submit a letter response, not to exceed three pages, within three business days from service of the notification letter setting forth their position as to the anticipated motion. At the initial conference, the Court will set a briefing schedule, if necessary, for the anticipated motion. Even where a party seeks to file a pre-answer motion, the Court may direct the parties to proceed with discovery during the pendency of the anticipated motion, and issue a binding Case Management Plan and Scheduling Order at the initial conference.

With regard to the above directives, any request for adjournment must (1) be made in writing at least two business days prior to the scheduled appearance and/or deadline, and (2) include the information required by this Court's Individual Rule 1.E, regarding requests for adjournment or extensions of time. Adjournments will be granted only upon consent of all parties and upon good cause shown.

Counsel for plaintiff/defendant is directed to notify all parties in this action of the directives contained herein by serving upon each of them a copy of this Order. All letters submitted to the Court in accord with this Order should be mailed directly to chambers, and not filed electronically.

SO ORDERED.

DATED:   New York, New York
         **Oct. 12**, 2007

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE