UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                                        :

LETIZIA MARTINEZ DE GONZALEZ, as
administratrix and executrix of    :  Case No. 07-CV-7462 (RJS)
the Estate of Emilio Martinez
Manautou, as Trustee of the      :
Emilio Martinez Manautou Trust,      **AFFIDAVIT OF SERVICE**
and as Trustee of the EMM Trust, :

              Plaintiff,    :

     -against-              :

UBS AG and UBS TRUSTEES LTD.,     :

             Defendants.  :

------------------------------------X

STATE OF NEW YORK   )
                      ) ss.:
COUNTY OF NEW YORK  )

      KAREN CASKO, being duly sworn, deposes and says that deponent is a disinterested party, is over 18 years of age, and resides in New York County, New York. That on October 16, 2007, deponent served a true copy of the ORDER, by mailing same in a sealed envelope, with postage prepaid thereupon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to addressee as indicated below:

Owen C. Pell
White & Case LLP
1155 Avenue of the Americas
New York, New York
10036-2787

                                                        KAREN CASKO

Sworn to before me this
16th day of October, 2007

Notary Public
CHASE CHATTIN VERGARI
Notary Public, State of New York
No. 02VE6142898
Qualified in New York County
Commission Expires March 27, 2010

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

LETIZIA MARTINEZ DE GONZALEZ, as administratrix and executrix of the Estate of Emilio Martinez Manautou, as Trustee of the Emilio Martinez Manautou Trust, and as Trustee of the EMM Trust,

        Plaintiff,

    -against-

UBS AG and UBS TRUSTEES LTD.,

        Defendants.

---

## AFFIDAVIT OF SERVICE

---

### Anderson & Ochs, LLP
Attorneys for Plaintiff
Letizia Martinez de Gonzalez

Office and Post Office Address, Telephone

61 Broadway, Suite 2900
New York, New York 10006
_____

(212) 344-3600