UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LETIZIA MARTINEZ DE GONZALEZ, as administratrix and executrix of the Estate of Emilio Martinez Manautou, as Trustee of the Emilio Martinez Manautou Trust, and as Trustee of the EMM Trust,<br><br>      Plaintiff-<br>      Counterclaim Defendant,<br><br>– against –<br><br>UBS AG and UBS TRUSTEES LTD.,<br><br>      Defendants-<br>      Counterclaim Plaintiff<br><br>and<br><br>UBS AG,<br><br>      Third-Party Plaintiff,<br><br>– against –<br><br>ROBERT J. REGER, JR., THELEN, REID, BROWN, RAYSMAN & STEINER, LLP, and JOSEFA SICARD-MIRABAL,<br><br>      Third-Party Defendants. | **Case No. 07 CIV 7462 (RJS)**<br><br><br><br><br>**RULE 7.1 STATEMENT** |

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for UBS AG (a nongovernmental corporate party) certifies that UBS AG does not have a publicly held corporate parent and that no publicly held company owns 10 percent or more of UBS AG's stock.

Dated: New York, New York
October 25, 2007

WHITE & CASE LLP

By: /s/ Owen C. Pell
Owen C. Pell (OCP-0118)
Jenna Z. Nicenko (JN-0846)

1155 Avenue of the Americas
New York, New York 10036-2787
Tel:    (212) 819-8200
Fax:   (212) 354-8113
Attorneys for Defendant UBS AG