------------------------------------------------------X
LETIZIA MARTINEZ DE GONZALES, as administratrix and | Case No. 2007 CV 7462 (RJS)
Executrix of the Estate of Emilio Martinez Manautou, as Trustee of the |
Emilio Martinez Manautou Trust, and as Trustee of the EMM Trust, |

                          Plaintiff Counterclaim Defendant,

  -against-

UBS AG and UBS TRUSTEES LTD.,

                         Defendants-Counterclaim Plaintiff.
------------------------------------------------------X
UBS AG,

                         Third Party Plaintiff,

  -against-

ROBERT J. REGER, JR. and THELEN, REID, BROWN, RAYSMAN    **AFFIDAVIT OF SERVICE**
& STEINER, LLP

                         Third Party Defendants.
------------------------------------------------------X

STATE OF NEW YORK         )
                                   ) ss.:
COUNTY OF NEW YORK   )

      **DARREN HINDS**, being duly sworn, deposes and says:

      1.     That I am not a party to this action, am over eighteen years of age and reside in the State of New Jersey;

      2.     That on October 30, 2007, at approximately 1:22 p.m., I personally served by hand, by personally delivering to and leaving with a true and correct copy of the foregoing documents: **THIRD PARTY SUMMONS IN A CIVIL ACTION, ANSWER, COUNTERCLAIM AND THIRD PARTY CLAIM,** all upon **THELEN, REID, BROWN, RAYSMAN & STEINER LLP,** by Personal Service, via Mr. Milton J. Fay, who identified himself as the "Managing Clerk and employee of the Firm" as well as being authorized, as Agent to accept service on behalf of Thelen, Reid, Brown, Raysman & Steiner LLP, which service was effected at their actual place of business indicated below:

                THELEN, REID, BROWN, RAYSMAN & STEINER LLP
                875 Third Avenue / 10th Floor
                New York, New York 10022

      3.     **Mr. Milton J. Fay** can best be described as:

Male – White skin – Gray hair – Brown eyes - Approximately 55 - 65 years of age, 5'11" – 6'2" and 155 – 195 lbs.

Dated:  October 30, 2007
           New York, New York

                                                                    _____
                                                                      DARREN HINDS
Sworn to before me on this the 30th day of October 2007.          License No.: 1194970

                                      HOLLY ROLDAN
                           Notary Public, State of New York
                                 No. 01RO6125752
_____    Qualified in New York County
NOTARY PUBLIC                Commission Expires April 20, 20__

**RAPID & RELIABLE ATTORNEY SERVICE, INC.**                    POST OFFICE BOX 858
-A FULL-SERVICE LITIGATION SUPPORT CORPORATION-            NEW YORK, NEW YORK 10268
                                                                                     212-608-1555

*"We've built our reputation on your satisfaction"*