------------------------------------------------------------X
LETIZIA MARTINEZ DE GONZALES, as administratrix and | Case No.: 2007 CV 7462 (RJS)
Executrix of the Estate of Emilio Martinez Manautou, as Trustee of the |
Emilio Martinez Manautou Trust, and as Trustee of the EMM Trust, |
|
                      Plaintiff Counterclaim Defendant, |
-against- |
|
UBS AG and UBS TRUSTEES LTD., |
|
                  Defendants-Counterclaim Plaintiff. |
------------------------------------------------------------X
UBS AG, |
               Third Party Plaintiff, |
-against- |
|
ROBERT J. REGER, JR. and THELEN, REID, BROWN, RAYSMAN | **AFFIDAVIT OF SERVICE**
& STEINER, LLP |
                Third Party Defendants. |
------------------------------------------------------------X

**STATE OF NEW YORK**      )
                                  ) ss.:
**COUNTY OF NEW YORK**  )

      **DARREN HINDS**, being duly sworn, deposes and says:

      1.     That I am not a party to this action, am over eighteen years of age and reside in the State of New Jersey;

      2.     That on <u>October 30, 2007</u>, at approximately <u>1:21 p.m.</u>, I personally served by hand, by personally delivering to and leaving with a true and correct copy of the foregoing documents: **THIRD PARTY SUMMONS IN A CIVIL ACTION, ANSWER, COUNTERCLAIM AND THIRD PARTY CLAIM,** all upon **ROBERT J. REGER, JR., (an individual)** by Substituted Service, via Mr. Milton J. Fay, who identified himself as the "Managing Clerk and employee of the Firm" and who accepted service on behalf of Robert J. Reger, Jr., individually. Mr. Milton J. Fay, who is known and known to be, someone of suitable age and discretion, who indicated upon inquiry that he nor Robert J. Reger, Jr., are neither in Military Service nor dependant upon anyone within Military Service, which service was effected at their actual place of business indicated below:

                              ROBERT J. REGER, JR.
                              Thelen, Reid Brown, Raysman & Steiner LLP
                              875 Third Avenue / 10th Floor
                              New York, New York 10022

      3.     **Mr. Milton J. Fay** can best be described as:

Male – White skin – Gray hair – Brown eyes - Approximately 55 - 65 years of age, 5'11" – 6'2" and 155 – 195 lbs.

---

**RAPID & RELIABLE ATTORNEY SERVICE, INC.**                          POST OFFICE BOX 858
-A FULL-SERVICE LITIGATION SUPPORT CORPORATION-            NEW YORK, NEW YORK 10268
                                                                                                  212-608-1555

*"We've built our reputation on your satisfaction"*

4. On <u>October 30, 2007,</u> I deposited in a United States Post Office within New York State, via Regular First Class Mail another true copy of the abovementioned documents, properly enclosed and sealed in a post-paid envelope bearing the legend 'Personal and Confidential'. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person / entity to be served, and was addressed to <u>Robert J. Reger, Jr.</u> at the address noted above.

Dated: October 30, 2007
New York, New York

*[signature]*
DARREN HINDS
License No.: 1194970

Sworn to before me on this the 30th day of October 2007.

*[signature]*
NOTARY PUBLIC

HOLLY ROLDAN
Notary Public, State of New York
No. 01RO6125752
Qualified in New York County
Commission Expires April 20, 2009

---

**RAPID & RELIABLE ATTORNEY SERVICE, INC.**
-A FULL-SERVICE LITIGATION SUPPORT CORPORATION-

*"We've built our reputation on your satisfaction"*

POST OFFICE BOX 858
NEW YORK, NEW YORK 10268
212-608-1555