UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

LETIZIA MARTINEZ DE GONZALEZ, as administratrix and executrix of the Estate of Emilio Martinez Manautou, as Trustee of the Emilio Martinez Manautou Trust, and as Trustee of the EMM Trust

   Plaintiff-Counterclaim Defendant,

  -against-

UBS AG and UBS TRUSTEES LTD.,

   Defendants-Counterclaim Plaintiff

  and

UBS AG,

   Third-Party Plaintiff,

  -against-

ROBERT J. REGER, JR. and THELEN, REID, BROWN, RAYSMAN & STEINER, LLP,

   Third-Party Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Case No. 07 CIV 7462 (RJS)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
        ) ss.:
COUNTY OF NEW YORK )

  **Patricia Ashman**, being duly sworn, deposes and says: that she resides at Bronx, New York; that she is over the age of eighteen years and that she is not a party to this proceeding.

  That on the 15th day of November, 2007, deponent caused to be served <u>by hand</u> **ORDER DATED OCTOBER 12, 2007 BY JUDGE SULLIVAN,** by leaving a true copy thereof with the following party:

        Robert J. Reger, Jr.
    THELEN REID BROWN RAYSMAN & STEINER
        875 Third Avenue
        New York, NY 10022


    THELEN REID BROWN RAYSMAN & STEINER
        875 Third Avenue
        New York, NY 10022


an address designated by said attorneys for that purpose.


                __/s/ Patricia Ashman_____
                  Patricia Ashman


Sworn to before me this
15th day of November, 2007

 /s/Na'eem Conway_____
 Notary Public, State of New York
 No. 01CO6110667
 Qualified in New York County
 Commission Expires June 1, 2008