

**THELEN**
*Thelen Reid Brown Raysman & Steiner*

875 Third Avenue    New York, NY 10022
Phone: 212 603 2000    Fax: 212 603 2001
www.thelen.com

John Ohman
212 603.6784 Direct Dial
johman@thelen.com



November 15, 2007

**BY HAND DELIVERY**
Honorable Richard J. Sullivan
United States District Court
Southern District of New York
500 Pearl Street, Room 615
New York, New York 10007

    Re:    <u>**De Gonzalez v. UBS AG and UBS Trustees Ltd.**
            **Case No. 07 CIV 7462 (RJS)**</u>

Dear Judge Sullivan:

    I write on behalf of third-party defendants Thelen Reid Brown Raysman & Steiner LLP ("Thelen") and Robert J. Reger, Jr. ("Mr. Reger") to request an extension of Thelen's and Mr. Reger's time to respond to the third-party claims asserted by defendant/third-party plaintiff UBS AG in the above matter.

    The current deadline by which the third-party defendants must answer, move, or otherwise respond to the third-party claims is Monday, November 19, 2007. We hereby request that the deadline be extended until and including Monday, December 10, 2007. No previous such request for an extension of time has been made.

    I have conferred with Owen Pell and Jenna Nicenko of White and Case LLP, UBS AG's attorneys of record herein, and they have consented to the request for an extension of time to respond.

    In view of the foregoing, it is respectfully requested that the instant application be granted.

                                                    Respectfully,

                                                  John C. Ohman

JCO/

cc: Owen C. Pell, Esq. (Via facsimile)
     Mitchel H. Ochs, Esq. (Via facsimile)

SO ORDERED
Date: 11/16/07
         SULLIVAN
         U.S.D.J.

NY #1216330 v1