UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LETIZIA MARTINEZ de GONZALEZ,

          Plaintiff,

-v-

UBS AG, UBS TRUSTEES, LTD.,

          Defendants.

UBS AG,

          Third-Party Plaintiff,

-v-

ROBERT J. REGER, JR., THELEN, REID, BROWN, RAYSMAN, AND STEINER, LLP.,

          Third-Party Defendants.

07-CV-7462 (RJS)

ORDER

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/07

RICHARD J. SULLIVAN, District Judge:

    IT IS HEREBY ORDERED that, pursuant to the parties' discussions before the Court during the conference held on December 5, 2007, the parties shall submit a joint letter by December 19, 2007, regarding (1) whether the parties have resolved any or all issues relating to the funds currently being held by UBS AG that are at issue in this action; and (2) whether plaintiff intends to proceed with her proposed motion for an accounting.

SO ORDERED.

Dated:    New York, New York
         ~~November~~ Dec. 5, 2007

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE