ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

:

LETIZIA MARTINEZ DE GONZALEZ,      :
as administratrix and executrix of          :    Case No. 07 Civ. 7462 (RJS)
the Estate of Emilio Martinez Manautou,    :
as Trustee of the Emilio Martinez Manautou :
Trust, and as Trustee of the EMM Trust,     :

:

    Plaintiff-Counterclaim Defendant,        :

:

        - against -                          :

:

UBS AG and UBS TRUSTEES LTD.,        :

:

    Defendants-Counterclaim Plaintiff       :

:       NOTICE OF APPEARANCE

        and                                  :

:

UBS AG,                               :

:

    Third-Party Plaintiff,                   :

:

        - against -                          :

:

ROBERT J. REGER, JR. and               :
THELEN, REID, BROWN, RAYSMAN &   :
STEINER, LLP,                          :

:

    Third-Party Defendants               :

---------------------------------------------------------x


To the Clerk of this court and all parties of record:

    Please enter my appearance as counsel in this case for Third-Party Defendants Robert J.

Reger, Jr. and Thelen, Reid, Brown, Raysman & Steiner, LLP.  I certify that I am admitted to

practice in this court.

Dated:    December 3, 2007
          New York, N.Y.


76602/2306448.1

QUINN EMANUEL URQUHART OLIVER
& HEDGES, LLP

David L. Elsberg

51 Madison Avenue, 22nd Floor
New York, New York 10010-1601
Tel:    (212) 849-7000
Fax:    (212) 849-7100
Email: davidelsberg@quinnemanuel.com

76602/2306448.1

## CERTIFICATE OF SERVICE

I, Angelina Nguyen, a member of the Bar of this Court, hereby certify that on December 3, 2007, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing Notice of Appearance is being served this day **by U.S. mail** on:

Owen C. Pell
White & Case LLP
1155 Avenue of the Americas
New York, New York 10036-2787
Tel:  (212) 819-8200
Fax:  (212) 354-8113
Email: opell@whitecase.com
Attorneys for Defendant-Third Party Plaintiff
UBS AG

Mitchel H. Ochs
Anderson & Ochs LLP
61 Broadway
Suite 2900
New York, NY 10006
Tel:  (212) 344-3600
Fax:  (212) 344 0970
Email: mochs@andersonochs.com
Attorneys for Plaintiff Letizia Martinez de
Gonzalez

_____
Angelina Nguyen