ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

LETIZIA MARTINEZ DE GONZALEZ,
as administratrix and executrix of
the Estate of Emilio Martinez Manautou,
as Trustee of the Emilio Martinez Manautou
Trust, and as Trustee of the EMM Trust,

    Plaintiff-Counterclaim Defendant,

- against -

UBS AG and UBS TRUSTEES LTD.,

    Defendants-Counterclaim Plaintiff

and

UBS AG,

    Third-Party Plaintiff,

- against -

ROBERT J. REGER, JR. and
THELEN, REID, BROWN, RAYSMAN &
STEINER, LLP,

    Third-Party Defendants
------------------------------------------------------x

Case No. 07 Civ. 7462 (RJS)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/7/07

**STIPULATION AND ORDER**

    IT IS HEREBY STIPULATED AND AGREED between the undersigned counsel of record that the Third-Party Defendants' time to answer, move, or otherwise respond to the complaint of the Third-Party Plaintiff in the above-captioned matter is hereby extended from December 10, 2007 to December 21, 2007.

    A previous extension of time, from the original answer date of November 19, 2007, to December 10, 2007, was consented to by the parties and granted by the court on November 16, 2007.

76602/2306303.1

Dated: November 30, 2007
New York, N.Y.

WHITE & CASE LLP

By: _____
Owen C. Pell
Jenna Z. Nicenko

1155 Avenue of the Americas
New York, New York 10036-2787
Tel:    (212) 819-8200
Fax:   (212) 354-8113

Attorneys for Third-Party Plaintiff UBS AG

QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP

By: _____
David L. Elsberg

51 Madison Avenue, 22nd Floor
New York, New York 10010-1601
Tel:    (212) 849-7000
Fax:   (212) 849-7100

Attorneys for Third-Party Defendants
Robert J. Reger, Jr. and Thelen, Reid,
Brown, Raysman & Steiner, LLP

SO ORDERED:

_____
U.S.D.J.    12/6/07