Arthur M. Handler
Robert S. Goodman
HANDLER & GOODMAN LLP
805 Third Avenue, 8th Floor
New York, New York 10022
(646) 282-1900

Attorneys for Defendant UBS AG

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/10/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

LETIZIA MARTINEZ DE GONZALEZ, as
administratrix and executrix of the Estate of
Emilio Martinez Manautou, as Trustee of the
Emilio Martinez Manautou Trust, and as
Trustee of the EMM Trust,

        Plaintiff-Counterclaim Defendant,

        - against -

UBS AG and UBS TRUSTEES LTD.,

        Defendants-Counterclaim Plaintiff,

        and

UBS AG,

        Third-Party Plaintiff,

        - against -

ROBERT J. REGER, JR. and
THELEN, REID, BROWN, RAYSMAN &
STEINER, LLP,

        Third-Party Defendants.
------------------------------------X

CONSENT TO CHANGE
ATTORNEY

07 Civ. 7462 (RJS)

IT IS HEREBY CONSENTED THAT Handler & Goodman LLP of 805 Third Avenue, New York, New York 10022, telephone (646) 282-1900, facsimile (646) 282-1905, be

substituted as attorneys of record for the undersigned party in the above entitled action in place and instead of White & Case LLP as of the date hereof.

Dated: New York, New York
December 6, 2007

UBS AG

By: *[signature]*
Jennifer Hochberg
Executive Director - Legal

Scott I. Noah
Executive Director
Wealth Management International
Americas

SO ORDERED
Dated: 12/10/07

*[signature]*
RICHARD J. SULLIVAN
U.S.D.J.

2