UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------- X
                                    :
LETIZIA MARTINEZ DE GONZALEZ, as    :
administratrix and executrix of the Estate of
Emilio Martinez Manautou, as Trustee of the :
Emilio Martinez Manautou Trust, and as
Trustee of the EMM Trust,           :

        Plaintiff-Counterclaim Defendant,    NOTICE OF APPEARANCE

        - against -    07 Civ. 7462 (RJS)

UBS AG and UBS TRUSTEES LTD.,

        Defendants-Counterclaim Plaintiff,

        and

UBS AG,

        Third-Party Plaintiff,

        - against -

ROBERT J. REGER, JR. and
THELEN, REID, BROWN, RAYSMAN &
STEINER, LLP,

        Third-Party Defendants.
----------------------------------- X

To the Clerk of this Court and all parties of record:

      Please enter the appearance of Handler & Goodman LLP as counsel in this case for UBS AG as defendant, counterclaim plaintiff and third-party plaintiff. Handler & Goodman LLP was substituted for White & Case LLP as attorneys for UBS AG in this action pursuant to order dated December 10, 2007 and entered December 12, 2007. I certify that the attorneys named below are admitted to practice in this Court.

Dated: New York, New York
December 13, 2007

                              HANDLER & GOODMAN LLP

                              By: /s/ Arthur M. Handler
                              Arthur M. Handler
                              Robert S. Goodman
                              805 Third Avenue, 8th Floor
                              New York, New York 10022
                              Phone: 646-282-1900
                              Fax: 646-282-1905
                              Email:amhandler@handlergoodman.com
                                        rsgoodman@handlergoodman.com

                              Attorneys for Defendant-Counterclaim
                              Plaintiff and Third-Party Plaintiff UBS AG

## CERTIFICATE OF SERVICE

I, Robert S. Goodman, certify that copies of the annexed notice of appearance were served on counsel for the parties in this action at the addresses set forth below by electronic mail through the Court's electronic filing system on December 13, 2007.

>Mitchel H. Ochs, Esq.
>ANDERSON & OCHS, LLP
>Attorneys for Plaintiff-Counterclaim Defendant
>61 Broadway, Suite 2900
>New York, New York 10006
>
>David Elsberg, Esq.
>QUINN EMANUEL URQUHART
>OLIVER & HEDGES LLP
>Attorneys for Third-Party Defendants
>51 Madison Avenue, 22nd Floor
>New York, New York 10010

_____
Robert S. Goodman