USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/07

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

LETIZIA MARTINEZ DE GONZALEZ,
as administratrix and executrix of
the Estate of Emilio Martinez Manautou,
as Trustee of the Emilio Martinez Manautou
Trust, and as Trustee of the EMM Trust,

    Plaintiff-Counterclaim Defendant,

- against -

UBS AG and UBS TRUSTEES LTD.,

    Defendants-Counterclaim Plaintiff

and

UBS AG,

    Third-Party Plaintiff,

- against -

ROBERT J. REGER, JR. and
THELEN, REID, BROWN, RAYSMAN &
STEINER, LLP,

    Third-Party Defendants
----------------------------------------------------------x

Case No. 07 Civ. 7462 (RJS)

STIPULATION AND ORDER

    IT IS HEREBY STIPULATED AND AGREED between the undersigned counsel of record that the Third-Party Defendants' time to answer, move, or otherwise respond to the complaint of the Third-Party Plaintiff in the above-captioned matter is hereby extended from December 21, 2007 to January 10, 2008.

    There have been two prior extensions of time, from the original answer date of November 19, 2007, to December 10, 2007, and from December 10, 2007 to December 21, 2007. Both prior extensions were consented to by the parties. This Court granted the first extension of time

on November 16, 2007, and the second extension of time on December 6, 2007.

Dated:  December 17, 2007
        New York, N.Y.

HANDLER & GOODMAN LLP

By: *Robert J. Goodman* (signature)
    Robert S. Goodman

805 Third Avenue, 8th Floor
New York, New York 10022
Tel:  (646) 282-1900
Fax:  (646) 282-1905

Attorneys for Third-Party Plaintiff UBS AG

QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP

By: *David L. Elsberg* (signature)
    David L. Elsberg

51 Madison Avenue, 22nd Floor
New York, New York 10010-1601
Tel:  (212) 849-7000
Fax:  (212) 849-7100

Attorneys for Third-Party Defendants
Robert J. Reger, Jr. and Thelen, Reid,
Brown, Raysman & Steiner, LLP

SO ORDERED:

_____
U.S.D.J.  12/20/07