UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
:
LETIZIA MARTINEZ DE GONZALEZ, :
as administratrix and executrix of : Case No. 07 Civ. 7462 (RJS)
the Estate of Emilio Martinez Manautou, :
as Trustee of the Emilio Martinez Manautou :
Trust, and as Trustee of the EMM Trust, :
:
    Plaintiff-Counterclaim Defendant, :
:
    - against - :
:
UBS AG and UBS TRUSTEES LTD., :
:
    Defendants-Counterclaim Plaintiff :
:
    and :
:
UBS AG, :
:
    Third-Party Plaintiff, :
:
    - against - :
:
ROBERT J. REGER, JR. and :
THELEN, REID, BROWN, RAYSMAN & :
STEINER, LLP, :
:
    Third-Party Defendants :
-----------------------------------------------------------x

### THIRD-PARTY DEFENDANT THELEN'S
### DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Third-Party Defendant Thelen, Reid, Brown, Raysman & Steiner, LLP (a private non-governmental party) certifies that it has no corporate parents, affiliates and/or subsidiaries which are publicly held.

Dated: January 10, 2008

                              Respectfully submitted,

                              QUINN EMANUEL URQUHART OLIVER
                               &HEDGES, LLP

                           By: _____
                               David L. Elsberg
                               (davidelsberg@quinnemanuel.com)
                               Michael T. Lifrak
                               (michaellifrak@quinnemanuel.com)
                               Angie Nguyen
                               (angienguyen@quinnemanuel.com)

                               51 Madison Avenue
                               22nd Floor
                               New York, NY 10010
                               (212) 849-7000

                               *Attorneys for Third-Party Defendants*
                               *Robert J. Reger, Jr. and Thelen, Reid, Brown,*
                               *Raysman & Steiner, LLP*