Sullivan, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/08

LETIZIA MARTINEZ DE GONZALEZ, as administratrix and executrix of the Estate of Emilio Martinez Manautou, as Trustee of the Emilio Martinez Manautou Trust, and as Trustee of the EMM Trust,

        Plaintiff-Counterclaim Defendant,

    - against -

UBS AG and UBS TRUSTEES LTD.,

        Defendants-Counterclaim Plaintiff,

        and

UBS AG,

        Third-Party Plaintiff,

    - against -

ROBERT J. REGER, JR. and
THELEN, REID, BROWN, RAYSMAN &
STEINER, LLP,

        Third-Party Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

STIPULATION AND ORDER

07 Civ. 7462 (RJS)

        IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto by their undersigned attorneys as follows:

        1.  The time for defendant UBS AG to serve papers in opposition to plaintiff's motion to compel UBS AG to relinquish certain bank deposits is hereby extended from February 1, 2008 through and including February 7, 2008.

2. The time for plaintiff to serve reply papers in support of said motion is hereby extended from February 8, 2008 through and including February 14, 2008.

3. There have been no prior extensions of these dates.

Dated: New York, New York
January 23, 2008

ANDERSON & OCHS LLP

By:_____
Mitchel H. Ochs
Chase C. Vergari
61 Broadway, Suite 2900
New York, New York 10006
(212) 344-3600

Attorneys for Plaintiff

HANDLER & GOODMAN LLP

By:_____
Arthur M. Handler
Robert S. Goodman
805 Third Avenue, 8th Floor
New York, New York 10022
(646) 282-1900

Attorneys for Defendant,
Counterclaim Plaintiff and
Third-Party Defendant UBS AG

SO ORDERED:

_____
U.S.D.J.
1/23/08

2