# EXHIBIT A

# General Terms and Conditions of Accounts

**This document includes the Notice About Joint Accounts, Precious Metals Disclosure Statement and Client Privacy Notice.**

This agreement covers all accounts maintained at any office of UBS AG in the United States.

The terms "<u>we</u>," "<u>us</u>," "<u>our</u>" and "<u>the Bank</u>" mean UBS AG.

The terms "<u>Depositor</u>," "<u>you</u>" and "<u>your</u>" mean the person or persons, corporation, partnership, trust or unincorporated association in whose name this account is held, any survivor(s), assign(s) or heir(s) of the Depositor as well as anyone that you appoint as agent.

### Statements
Unless you notify the Bank in writing within 60 days of the closing date of any statement of any claimed errors in such statement, of any forged signatures upon any returned checks or of any unauthorized transactions, the statement shall be considered correct and the Bank shall not be liable for any transactions undertaken or payments made and charged to the account or for any other error in any statement as rendered to you.

### Deposits
The Bank, at any time, in its discretion, may refuse any deposit, return all or any part thereof, limit the amount which may be deposited or close the account(s). When notice requesting withdrawal of a deposit or any part thereof is given to the Bank, interest, if any, shall cease immediately upon such deposit or part thereof. Deposits may be made only at the office where the account is maintained. The Bank reserves the right to refuse to process checks or drafts drawn to the order of third parties, and to decide on a case-by-case basis whether or not to accept checks with two or more endorsements.

### Remittances in Foreign Currencies
Remittances in a currency for which you do not maintain a corresponding foreign currency Demand Deposit Account will be credited, at the Bank's discretion, to an already existing account or maintained in the currency received.

### Foreign Currency Holdings
In the event you deposit or request us to hold on deposit funds of a foreign currency, we will hold such funds with one of our correspondent banks in the country of the currency involved or elsewhere. These funds will be held in our name but for your account and at your risk. They may be commingled with our other assets at such correspondent banks.

You can withdraw the foreign currency funds in your account at any time, but only by our foreign currency draft made payable to you or anyone you select. We are not liable for any loss or damage to you resulting from any act or event beyond our control regarding your foreign currency holdings. These acts include: government decree, political or economic disturbances, embargoes, war, revolution, expropriation or confiscation, fluctuation of exchange rates, mistakes or delays by cable or any other communication companies, any loss or mutilation in transmission or remittance, or any failure, insolvency, suspension, bankruptcy, delay, default or neglect on the part of our correspondent banks. If any of our correspondent banks holding funds in our name fails to make payments for any reason on a foreign currency account in which you have an interest, we will only pay you a pro rata share of any amount we finally receive from the correspondent. We will determine your share by considering how much interest (according to our books) we, our other clients and you hold in those funds.

### International Banking Facility
If you are a non-U.S. resident (either a natural person or a legal entity), funds may be placed on deposit with the International Banking Facility of the Bank. Such deposits may be used only to support your non-U.S. operations or, in the case of a corporation, its foreign affiliates. Extensions of credit by such International Banking Facility may be used only to finance the non-U.S. operations of a non-U.S. borrower or its affiliate(s) located outside the United States.

### Withdrawals
Withdrawals from an account may be made only at the office where the account is maintained and only upon presentation of withdrawal orders satisfactory to the Bank as to form and signature. Withdrawals, other than withdrawals by check from Demand Deposit Accounts, are permitted only through payment to the Depositor but not to any

other person, whether or not acting for you, except to a person, other than the Bank, holding a general power of attorney granted by you. Payment may be made over the counter, through the mails or otherwise. The Bank reserves the right at any time to require at least seven days' notice in writing of intention to withdraw a deposit, or any part thereof, but it may at its own option make payment without such notice, in which event such payment will not be deemed a waiver of its right to require such notice as to other withdrawals. No such notice is required for withdrawals from Demand Deposit Accounts.

### Checks and Drafts
You may draw checks against Demand Deposit Accounts but may not draw checks or drafts against other types of deposit accounts. The Bank will not be responsible if, through inadvertence, accident or oversight, the Bank prematurely honors any postdated check.

### Stop Payment Orders
Stop payment orders are noted upon receipt of request and the Bank endeavors to give effect to all such requests provided that such requests (a) are received in time to afford the Bank a reasonable opportunity to act before the item is honored, (b) are in writing duly signed, and (c) contain sufficient information to accurately identify the check(s) in question. Such requests are effective for six months from date of receipt unless renewed in writing.

### Wire Transfer Instructions
When executing wire transfer instructions for a Depositor, the Bank may rely on the identifying account numbers provided by the Depositor of any beneficiary or of any intermediate or beneficiary bank, rather than the names thereof. The Bank shall have no duty to detect any inconsistency between name and number or in any way be responsible for such inconsistency.

### Interest Paid on Funds on Deposit
Interest will be computed and credited at such time(s), for such period(s), on such amount(s), at such rate(s) and according to the type of deposit as may be fixed, in conformity with law, by the Bank. No interest will be paid (1) on any balance or part thereof which shall have been requested be withdrawn, or (2) upon any balance less than the minimum balance fixed by the Bank or (3) on Demand Deposit Accounts.

### General Lien, Right of Set-Off and Overdrafts
Any and all monies and property whatsoever belonging to you or in which you have an interest held by UBS AG at any office, here or abroad, or carried for your account shall be subject to a general lien for the discharge of your obligations to the Bank, however arising and without regard to whether or not the Bank has made advances to you.

In the event that there is an outstanding amount owed by you to the Bank, the Bank may, in its discretion, without prior notice to you, apply any monies or any other property on deposit with any office or affiliate of the Bank, whether individual or joint, in which you may have an interest, to satisfy such indebtedness.

If the Bank charges against any account any item or payment order payable from the account or charges back to an account any item previously credited, and such charge creates an overdraft, the amount of such overdraft shall represent a loan to you repayable on demand and, until paid, shall bear interest at the Bank's prevailing rate of interest for overdrafts as in effect from time to time. The Bank may deduct from the account any such interest. It is expressly agreed that payment by the Bank of any item which creates an overdraft shall be in its sole discretion and that neither the foregoing provision concerning interest on overdrafts nor any other provision in this agreement authorizes, or shall be construed to authorize, you to draw any item on the account against insufficient funds.

### Disputes Involving the Account
If the Bank believes, in its sole judgment, that following the Depositor's instructions might at any time expose the Bank to any claim, suit, loss, expense or other liability, the Bank may refuse to act on such instructions or request indemnity (and security for it) satisfactory to the Bank before following the instructions. If the Bank becomes aware of a conflict of demands or a dispute with respect to all or any part of any account or the Bank receives inconsistent instructions with respect to it, the Bank, in its sole discretion, may require the signatures of all depositors or signatories for any withdrawal or other disposition of funds in any account or take whatever other action the Bank considers advisable (or which the Bank's counsel recommends) until the conflict or inconsistency is resolved to the Bank's satisfaction. Such action may include freezing the funds in any account, placing them in a suspense account or interpleading them.

### Claims Made to the Bank
If claim is made against the Bank for the recovery of any part of any collected item (including any

item cashed for the Depositor) after final payment thereof, on the ground that such item was altered or bore a forged or unauthorized endorsement or was otherwise not properly payable, the Bank may withhold the amount thereof from the account until final determination of such claim and charge to the account or otherwise recover from you whatever amount the Bank may determine to be its liability on account of such claim.

**Legal Process; Collection Charges**
A fee will be imposed for any legal process served on the Bank with respect to each account maintained and the Bank may charge an additional fee for any expenses incurred and for consultation with in-house attorneys, as well as for outside counsel whom the Bank may consult.

Should it be necessary to commence collection proceedings through a collection agency or attorney, or the Bank's attorneys, all reasonable fees, commissions, charges and other costs will be added to the amount which is owed to the Bank.

**Consulting Legal Counsel; Freezing of Account**
If the Bank deems it necessary, the Bank may, at the Depositor's expense, consult with legal counsel regarding the Depositor's account and/or retain legal counsel to appear in any legal proceeding affecting the Depositor's account in which the Bank is a party. The Bank is not obligated, however, to institute, defend or engage in any legal proceeding involving the Depositor's account unless the Bank is first indemnified to the Bank's satisfaction.

Without limiting the foregoing, the Bank specifically has the right to consult with legal counsel in any jurisdiction which it deems necessary for the purpose of determining your successor(s), heir(s), executor(s), administrator(s) and distributee(s) prior to distributing the assets in your account(s) upon your death.

The account(s) will be debited for any and all fees, expenses, legal liabilities, losses, demands, damages, costs, charges, counsel fees or other expenses incurred by the Bank in connection with the foregoing.

You agree that, upon the death of any accountholder, your account may be frozen until the Bank determines to its satisfaction (i) that all U.S. estate taxes due in connection with such accountholder's death have been paid, (ii) that no such taxes are payable or (iii) that the Bank has no liability for such taxes.

**Appointing Agents**
We will also follow instructions from anyone you appoint as your agent for your account, without further inquiry or responsibility on our part. This includes dealing with, controlling, or disposing of the account, to the same extent as if the account were owned solely by the person you appoint. Withdrawals, transfers or deliveries free of payment may only be made by an agent holding a general power of attorney granted by you.

An appointment will become effective only after you have completed the proper documents to our satisfaction and we have received them. If your account is a joint account, such documents need not be signed by all accountholders, but may be signed by any person or persons otherwise authorized to sign on the account.

**Service Charges**
The account(s) will be subject to the Bank's service charges as in effect from time to time.

**Gifts and Assignments**
The Bank need not recognize any gift, assignment or other transfer in whole or in part of the amount due a Depositor unless it shall have received written notice of such gift, assignment, or transfer in form satisfactory to it, accompanied by the original of the document by which such gift, assignment or other transfer shall have been effected.

**Change of Address**
You agree to notify the Bank promptly in writing of any change of address. All notices and correspondence will be mailed unless you direct otherwise to you at the address the Bank has on file.

**Waivers**
No waiver or modifications of this agreement shall be deemed to be made by the Bank unless in writing and signed on its behalf and each waiver or modification, if any, shall apply only to the specific instance involved.

**Amendments**
This agreement, and any other rule or regulation of the Bank applicable to the account, may be amended or supplemented by the Bank at any time or times by mailing appropriate notice thereof to you in accord with your mailing instructions or by posting notice thereof for a reasonable period of time in any conspicuous place at the office where the account is maintained.

**Successors**
This agreement and your obligation thereunder shall be binding on you, and also on your successor(s), assign(s), heir(s), executor(s), administrator(s) and distributee(s).

**Applicability of the Terms and Conditions**
The provisions of the General Terms and Conditions set forth herein shall govern the overall relationship with you, including custody account services. In instances where you have requested the Bank to provide additional services, the Bank's written agreements applicable to these services shall apply, except that if such agreement is silent as to any particular issue or if no additional written agreement is utilized, the General Terms and Conditions shall govern.

**Indemnity**
You agree to indemnify us for all claims made against us, and all fees, expenses, taxes, legal liabilities, losses, demands, damages, costs, charges, counsel fees or any other expense we sustain or incur arising out of this agreement or your accounts.

The Bank shall not be liable for errors in judgment or any action or omission to act in connection with this agreement, in the absence of the Bank's willful misconduct or gross negligence.

**Recording**
The Depositor authorizes the Bank, in the Bank's discretion, to record any telephone conversation between the Bank and the Depositor, but the Bank has no duty to do so.

**Custody Accounts**
The additional terms and conditions set forth below shall govern the relations between the Bank and the Depositor with respect to any custody account.

<u>Authorization for Custody Accounts</u>
You authorize us to open a Custody Account in your name, and to deposit, hold and dispose of any property in this account according to your instructions. This authorization is subject to the provisions in this agreement, unless we receive signed, written instructions from you stating otherwise and we have agreed thereto. The term "<u>property</u>" includes, but is not limited to, securities, money market instruments and precious metals.

<u>How We Administer Your Custody Account</u>
We will buy, sell, exchange, deliver, receive, deposit, or withdraw securities, or any other property in your account, free or against payment, according to your instructions. Incidental to our duties hereunder, we may express an opinion on the value or advisability of the purchase or sale of securities underwritten, distributed or dealt in by branches, subsidiaries and affiliates of UBS AG, including UBS Warburg LLC, or in which any of such entities are making a market.

*Choosing brokers and dealers.*
In cases where we select or recommend the broker or dealer, we may execute your orders through a broker or dealer of our choice, including UBS Warburg LLC, branches of the Bank worldwide, as well as other subsidiaries and affiliates of UBS AG authorized to effect such transaction, which broker, dealer, branch, subsidiary or affiliate may be acting as agent, underwriter, market maker or trading for its own account or the account of another customer on the other side of the transaction. Each entity will receive its customary commission or other compensation, including profit or spreads, for each transaction. Whether or not we select a broker, we are only responsible for the property we actually receive from a purchase, or proceeds we actually receive from a sale. We are not obligated to inform you if we have not received delivery of property or proceeds at or near the delivery date.

*Account agreements.*
When we select a broker, we will do so using good-faith judgment and considering prices, commission rates and other relevant factors. We may select a broker that charges commissions higher than the lowest available rate that another broker might have charged, or that the same broker might otherwise have charged, in part because of research and execution provided to us by the broker. Those services may include electronic services, such as Bloomberg and Reuters, that provide quotations and news and financial information about companies, industries and markets. We may make that information available to you, but we also may use it for providing services to other clients or for other purposes unrelated to providing advice or recommendations to clients.

*Execution of orders.*
Orders to buy or sell securities may not always be executed in the order that they are received by us. Priority of execution may be given to transactions for investment management clients or to trades which are time-sensitive because of market closings or volatility.

*Investment companies.*
You specifically authorize the Bank to invest for your account, upon your instructions, in investment companies in which you are eligible to participate,

notwithstanding that we or an affiliate (including a subsidiary or another branch of UBS AG) may act as investment advisor, general partner, sponsor or distributor, or provide any other service to those companies. In addition to the compensation paid to us by you that is permitted hereunder, those companies have their own fees and expenses as disclosed in their prospectuses or other offering documents, including investment advisory or other fees that may be paid to us or an affiliate. We may receive payments of distribution and/or service fees from those companies and may receive from our affiliates a portion of the advisory or other fees paid to the affiliates by those companies and thus may have an incentive to purchase or recommend those companies instead of other investments.

*Shareholder materials; certain tender offers.*
Proxy materials and annual reports for U.S. registered securities, which we or our nominees receive, will be forwarded to you in accordance with the relevant provisions of the Shareholder Communications Act of 1985 and its implementing regulations. Shareholder materials for foreign securities may be forwarded to you as per separate arrangement. We are not obligated to act on proxy materials or exercise any right to vote any securities.

It is the Bank's policy to refrain from forwarding to you tender offers (i) for less than 5% of a company's equity securities, (ii) not forwarded to the Bank by any sub-custodian, (iii) about which, in the Bank's reasonable opinion, adequate information is not available, or (iv) that the Bank reasonably believes are not in your best interest, and the Bank shall have no liability to you in any such instance.

*Holding securities.*
We may hold any securities or other property from time to time deposited by you within or without the United States, registered in or transferred into our name or the name of our nominee or nominees or the name of one or more subcustodians or nominees thereof, or we may either directly or through subcustodians retain them unregistered or in form permitting transferability by delivery, or deposit or arrange for the deposit of the certificates representing such securities in bulk with a central certificate depository, so that transfer of ownership of or other interests in such securities may be made by bookkeeping entry on the books of such depository. We will use reasonable care in accordance with industry practices in selecting subcustodians, but we will not be responsible for their acts or omissions, or the acts or omissions of any depository or clearing facility.

*Clearing for your account.*
We shall receive and pay for securities or other property purchased by you and deliver securities and settle transactions in accordance with industry practices, for your account and risk, notwithstanding the fact that payment and delivery may not be simultaneous. When we accept payment in the form of checks, those checks do not have to be certified or bank cashier checks and we shall not be liable for the collection thereof.

*Charges and credits to your account.*
If you instruct us to purchase or receive property against payment, we will charge your account. If that account has insufficient funds, we can collect the remaining amount from any other account you have with us.

We will collect certain proceeds for your account, including dividends, interest, and proceeds from sales of property which have become due and collectible. We will credit the funds to your account and hold them until you instruct us to do otherwise. All items are credited to your account subject to final payment or delivery. We reserve the right to debit your account should we not receive the funds or securities in question.

So we can collect income from your property for you promptly, you authorize us to act as your agent and execute all the necessary certificates of ownership required by the U.S. Department of Treasury income tax regulations. We will not, however, claim any personal exemptions.

### Securities Not Deposits: Not Guaranteed by Bank

Any securities or other instruments discussed, offered or sold by the Bank or its affiliates or subsidiaries are not deposits of the Bank, are not insured by the United States Federal Deposit Insurance Corporation (FDIC), are not obligations of or guaranteed by the Bank or its affiliates or subsidiaries (except as expressly disclosed to the Client in writing), and are subject to investment risks, including possible loss of the principal amount invested.

### Sophistication: Ability to Evaluate and Accept Risk of Loss

You represent and acknowledge that you are a sophisticated investor and have such knowledge and experience in financial matters so as to be capable of evaluating the merits and risks of investments in securities and other instruments that you may direct us to purchase or sell for the custody account. You further represent and acknowledge that you are familiar with the risks of such investments, including risks of purchasing and selling investments of issuers outside the United States and those denominated in currencies other than the United States dollar, and that you have the financial resources to absorb any economic loss that may be associated with the purchase or sale of any securities or investments which you may direct us to effect for the custody account.

Each time you direct us to purchase or sell a security or other investment for the custody account, you shall be deemed to have represented to us that you have made an independent decision, without reliance on us, to engage in the transaction, and have obtained such information about the security or instrument as you deem sufficient and relevant to make an investment decision.

Should you not have completed the section of your account application entitled "Financial Information and Account Objectives," you agree that we shall have no responsibility or liability to you for the suitability of your investment decisions.

### Regulation S Offshore Investor (Non-U.S. Clients Only)

With respect to any transaction involving an offering of securities being made in accordance with Regulation S under the Securities Act of 1933 ("Securities Act"), if a purchaser, you represent and warrant (A) that (i) you are outside the United States, (ii) you are not a U.S. person and are not acquiring securities for the benefit of a U.S. person, and (iii) you will resell the securities only in accordance with Regulation S or pursuant to a registration statement or an exemption from registration under the Securities Act or (B) that (i) you are acquiring the securities for the account of a non-U.S. person who holds a discretionary account with you and (ii) such non-U.S. person has certified to you that he/she will resell the securities only in accordance with Regulation S or pursuant to a registration statement or an exemption from registration under the Securities Act.

### Notice Regarding U.S. Equities (Non-U.S. Clients Only)

Please be advised that under current U.S. law a non-U.S. client's direct holdings (i.e., not through a non-U.S. investment company) of U.S. equity securities may be subject to U.S. estate taxes. You are strongly advised to consult your tax adviser should you own or plan to own such securities.

*Your Obligations*
You agree to:

- our fee schedule, as amended from time to time;

- be responsible for all cash advances and interest thereon, which we make based on instructions from you or your agent; and

- be responsible and indemnify us for all fees and expenses, including legal fees, losses, damages, taxes, charges, claims, and liabilities we incur when administering your account, or when acting on your instructions.

We are authorized to charge any account you may have with us for any of these items. If we advance funds to you for any purpose as a result of your or your agent's order or instruction, or if we incur, sustain, or are assessed with any losses, damages, taxes, charges, fees, expenses, assessments, claims, or liabilities (including, without limitation, legal fees), we may use as security any property at any time in your account. Any property in your account may also be set off against the amount you owe us. If the property in your account is insufficient, we may use as security any property at any time in any account you may have with any office or affiliate of the Bank. We may also use that property as a set off against the amount you owe us.

*Our Obligations*
We are not liable for any loss or damage to you resulting from any act or event beyond our control regarding the property in your account. These acts include: government decree, political or economic disturbances, embargoes, war, civil unrest, expropriation, or confiscation. We are not liable in any way for any disposition of your property in your account if it is done according to your or your agent's instructions. We are not liable for acts or omissions or inability to perform its obligations of any broker, dealer or other counterparty, affiliated or unaffiliated, or other agents we select in good faith.

**Notice About Joint Accounts**
Any account opened in the name of more than one person will be a joint account with the right of survivorship. The law presumes that each person named on a joint account owns an equal share of the account, including any interest earned, even if only one accountholder contributes all of the money, securities or other property in the account or the deposits are otherwise unequal. While all of the joint depositors named on the account are living, we may (unless the signature card specifies joint signatures) honor each check, other payment order or withdrawal request from any one of them (or from an agent appointed by any one of them), and may release the entire account to any one of the joint depositors. After we learn of the death of a joint depositor, we may treat the account as the sole property of the survivor(s), and we may under certain circumstances honor checks or payment orders or withdrawal requests from the survivor(s). In the case of legal process, we may be required to remit funds held in the joint account to satisfy a judgment entered against, or other valid debt incurred by, any owner of the account.

Furthermore, we may, following instructions given by any owner of the account in accordance with the account's signature card, open or close, or subscribe to or cancel, in the names of all joint owners, any account or service (including any Investment Management Account) offered by the Bank.

Unless we receive written notice signed by any owner of the account instructing us not to pay checks or permit any withdrawal of a joint deposit (or any addition or accrual thereon), we shall not be liable to any owner for honoring checks or other orders drawn by, or withdrawals requested by, or taking any other lawful action requested by, any owner of a joint account in accordance with the account's signature card. After receipt of notice signed by an owner of the account instructing us not to pay checks or permit any withdrawals from the account, we may require the signatures of all the joint depositors before we allow any further payments or withdrawals from the account.

Unless specifically directed in writing to the contrary, deposits of funds of a joint depositor may be made and credited to the joint account, notwithstanding that either or both of them may have other or separate accounts with the Bank. In the event of the death of a depositor, the survivor(s) must notify us immediately. Any action we take before receiving signed, written notice of death is binding on you, your successor(s), assign(s), heir(s), executor(s), administrator(s), and distributee(s).

Any obligation of the Depositor to the Bank under this agreement may be enforced by the Bank against any joint depositor individually.

**Precious Metals Disclosure Statement**
This Disclosure Statement explains the potential risks and rewards of buying and selling precious metals.

It also explains how we conduct precious metals transactions.

*Potential Risks of Investing in Precious Metals*
Precious metals are commodities and, with the exception of certain coins, are not legal tender. Like all commodities, the price of precious metals can fluctuate sharply and rapidly. The market price may fall below the price you paid.

Precious metals do not pay interest or dividends. You are essentially speculating that the rise in the metal's price, less purchase and storage expenses, will be greater than the return on investments that do provide a yield.

*Factors that Affect Price*
Many factors affect the price of precious metals. For example, price variations may be caused by current economic and political events or by shifts in demand. Prices may also increase above the spot price due to retail markups, safekeeping charges, shipping costs and local sales tax.

*Who Should Invest in Precious Metals*
The precious metals market is not appropriate for the entire investing public. Enter this market only if you have sufficient capital. Even then, you should limit purchases to a small percentage of your total resources. Always keep your overall financial situation and investment objectives in mind.

*Precious Metals Transactions*

*How we sell precious metals.*
The precious metals we sell are stamped with their weight and fineness. Purchases will be settled on the second business day after the trade date. No transactions will be made on margin.

If the precious metals are to be shipped, we will charge you for handling, delivery, and insurance. You must make the shipping arrangements with your account officer.

*How we buy precious metals.*
We are not obligated to repurchase any precious metals we sell. Also, we will, in principle, only purchase precious metals we originally sold. We may bid on your precious metals after we receive your written offer for sale. Any bids we make will be based on the prevailing market price.

If the metals have not been held in safe custody by us, we will examine them before repurchase. If their authenticity is in doubt, the metals will have to be assayed at your expense, including any shipping costs.

**Client Privacy Notice**
The U.S. offices of UBS AG are committed to safeguarding the personal information that you provide us. This notice describes our privacy policy and how we handle and protect personal information that we collect about individuals, such as you, who apply for or obtain our products and services. The provisions of this notice will apply to former customers as well as current customers.

*Why and How We Collect Personal Information*
We collect personal information about you for business purposes, such as evaluating your financial needs, processing your requests and transactions, informing you about products and services that may be of interest to you, and providing customer services. The personal information we collect about you comprises:

- information you provide to us orally and on applications and other forms (such as your name, address, identification or passport number, occupation, assets, and income);

- information about your transactions with us, our affiliates and others; and

- information we receive from consumer reporting agencies and similar sources (such as your credit history and creditworthiness).

New York Branch and Miami Branch

### How We Protect Personal Information

We limit access to your personal information to those employees who need to know in order to conduct our business, service your account, and help you accomplish your financial objectives, such as providing you with a broad range of products and services. Our employees are required to maintain and protect the confidentiality of your personal information and must follow established procedures to do so. To comply with applicable laws and regulations, we maintain physical, electronic, and procedural safeguards to protect your personal information.

### Sharing Information With Our Affiliates

We may share personal information described above with our affiliates for business purposes, such as servicing customer accounts and informing customers about new products and services, and as permitted by applicable law. Our affiliates are companies controlled or owned by us and include financial service companies (such as securities brokers) and may include companies not involved in financial services. The information we share with affiliates for marketing purposes may include the information described above (such as name, address and UBS account information) but will not include other credit information (such as credit history appearing on a consumer credit report or net worth and income information appearing on applications for our products and services).

### Disclosure to Non-Affiliated Third Parties

We may share the personal information described above for business purposes with companies and individuals, not affiliated with us, that are under contract to perform services for us or on our behalf (such as vendors providing data processing, computer software maintenance and development, transaction processing and marketing services).

We will share personal information with non-affiliated companies and individuals only when they agree to uphold and maintain our privacy standards when handling a customer's personal information.

Also, we may disclose personal information with non-affiliated companies and individuals and regulatory authorities as permitted or required by applicable law. For example, we may disclose personal information to cooperate with regulatory authorities and law enforcement agencies, to comply with legal orders and as necessary to protect our rights or property. Except as described in this privacy policy, we will not use your personal information for any other purpose unless we describe how such information will be used at the time you disclose it to us or we obtain your permission to do so.

### Accessing and Revising Your Personal Information

We endeavor to keep our customer files complete and accurate. We will give you reasonable access to the information we have about you. Most of this information is contained in account statements that you receive from us and applications that you submit to obtain our products and services. We encourage you to review this information and notify us if you believe any information should be corrected or updated. If you have a question or concern about your personal information or this privacy notice, please contact your UBS Client Advisor.