Arthur M. Handler
Robert S. Goodman
HANDLER & GOODMAN LLP
805 Third Avenue, 8th Floor
New York, New York 10022
(646) 282-1900

Attorneys for Defendant, Counterclaim
Plaintiff and Third-Party Plaintiff UBS AG

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

LETIZIA MARTINEZ DE GONZALEZ, as
administratrix and executrix of the Estate of
Emilio Martinez Manautou, as Trustee of the
Emilio Martinez Manautou Trust, and as
Trustee of the EMM Trust,

        Plaintiff-Counterclaim Defendant,

        - against -                          07 Civ. 7462 (RJS)

UBS AG and UBS TRUSTEES LTD.,

        Defendants-Counterclaim Plaintiff,

        and

UBS AG,

        Third-Party Plaintiff,

        - against -

ROBERT J. REGER, JR. and
THELEN, REID, BROWN, RAYSMAN &
STEINER, LLP,

        Third-Party Defendants.

------------------------------------X

## CERTIFICATE OF SERVICE

I, Robert S. Goodman, certify that copies of the below listed documents were served on counsel for the parties in this action at the addresses set forth below by electronic mail through the Court's electronic filing system on February 7, 2008.

>Mitchel H. Ochs, Esq.
>ANDERSON & OCHS, LLP
>Attorneys for Plaintiff-Counterclaim Defendant
>61 Broadway, Suite 2900
>New York, New York 10006
>
>David Elsberg, Esq.
>QUINN EMANUEL URQUHART
>OLIVER & HEDGES LLP
>Attorneys for Third-Party Defendants
>51 Madison Avenue, 22nd Floor
>New York, New York 10010

Documents served:

1. Opposition Declaration of Joe Costanza with exhibit.

2. Opposition Declaration of Owen C. Pell with exhibits.

3. Opposition Declaration of Arthur M. Handler with exhibits.

4. Memorandum of Law of Defendant, Counterclaim Plaintiff and Third-Party Plaintiff UBS AG in Opposition to Plaintiff's Motion to Relinquish Bank Deposits.

_____
Robert S. Goodman