UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
                                                :

LETIZIA MARTINEZ DE GONZALEZ,  :
as administratrix and executrix of        :  Case No. 07 Civ. 7462 (RJS)
the Estate of Emilio Martinez Manautou,  :
as Trustee of the Emilio Martinez Manautou :
Trust, and as Trustee of the EMM Trust,  :

    Plaintiff-Counterclaim Defendant,  :

        - against -                  :

UBS AG and UBS TRUSTEES LTD.,  :

    Defendants-Counterclaim Plaintiff  :

        and                      :

UBS AG,  :

    Third-Party Plaintiff,  :

        - against -                  :

ROBERT J. REGER, JR. and  :
THELEN, REID, BROWN, RAYSMAN & :
STEINER, LLP,  :

    Third-Party Defendants  :
------------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/08

**~~PROPOSED~~ ORDER ADMITTING**
**MICHAEL T. LIFRAK *PRO HAC VICE***

      This matter having been presented to the Court, and upon reading and filing the Declaration of Angelina Nguyen, dated January 16, 2008 and the Declaration of Michael T. Lifrak, dated January 16, 2008 and the exhibits annexed thereto, it is hereby

      ORDERED, that Michael T. Lifrak be and hereby is admitted to appear before this Court on behalf of Third-Party Defendants Robert J. Reger, Jr., and Thelen, Reid, Brown, Raysman & Steiner, LLP, on a *pro hac vice* basis, to argue or try this particular case in whole or in part as counsel or advocate.

Dated: 2/20/08

SO ORDERED:

_____
U.S.D.J.