**MEMO ENDORSED**

**ANDERSON & OCHS, LLP**
61 BROADWAY, SUITE 2900
NEW YORK, NEW YORK 10006
TELEPHONE (212) 344-3600
TELECOPIER (212) 344-0970
WWW.ANDERSONOCHS.COM

CHASE C. VERGARI
ASSOCIATE
CVERGARI@ANDERSONOCHS.COM

March 3, 2008

VIA TELECOPIER

The Honorable Frank Maas
United States Magistrate Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 740
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/08

Re:   Gonzalez v. UBS AG, et an.
      Case No. 07 CIV 7462 (S.D.N.Y) (RJS) (FM)

Dear Judge Maas:

This Firm represents plaintiff Letizia Martinez de Gonzalez ("Ms. Gonzales") in the above-referenced action, which has been scheduled for mediation before Your Honor on March 7, 2008 at 10:30 a.m. We previously indicated to the Court that Ms. Gonzalez, who lives in Mexico, would appear at the conference by telephone. We were advised this morning that Ms. Gonzalez will attend the conference in person.

Ms. Gonzalez has requested the assistance of a Spanish-English translator at the conference. Accordingly, with Your Honor's permission, we will arrange for a translator to be present at the March 7, 2008 conference.

Respectfully submitted,

Chase C. Vergari

CCV:kc
1860.05

cc:   Robert S. Goodman, Esq. (via telecopier)
      David Elsberg, Esq. (via telecopier)

*[Handwritten endorsement:]* Certainly. /s/ USMJ 3/3/08