UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LETIZIA MARTINEZ de GONZALEZ,

                Plaintiff,

  -v-

UBS AG, UBS TRUSTEES, LTD.,

                Defendants.

UBS AG,

                Third-Party Plaintiff,

  -v-

ROBERT J. REGER, JR., THIELEN, REID,
BROWN, RAYSMAN, AND STEINER, LLP.,

                Third-Party Defendants.

07-CV-7462 (RJS) (F M)
AMENDED
ORDER



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/5/08

RICHARD J. SULLIVAN, District Judge:

The above entitled action is referred to the Honorable Frank Maas, Magistrate Judge, for

the following purpose:

____ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

__X__ Specific Non-Dispositive Motion/Dispute:*

The parties shall submit a copy of their joint letter dated February 21, 2008, as well as the materials offered in support, to Judge Maas forthwith.

____ Settlement*

____ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

____ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

____ Habeas Corpus

____ Social Security

____ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

____    Inquest After Default/Damages Hearing

All such motions: _____

_____

\* Do not check if already referred for general pretrial.

SO ORDERED.

Dated:       New York, New York
             March _3_, 2008

                                      _____
                                      RICHARD J. SULLIVAN
                                      UNITED STATES DISTRICT JUDGE

2