UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Letizia Martinez de Gonzalez,

          Plaintiff(s),

   -against-

UBS AG, et ano

          Defendant(s).
------------------------------------------------------------x

ORDER OF DISCONTINUANCE

07 Civ. 7462 (RJS)(FM)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/7/08

      It having been reported to this Court that the above entitled action has been settled, and the parties and their counsel having consented to the undersigned exercising jurisdiction over this case for the limited purpose of entering this Order of Discontinuance, it is hereby

      ORDERED that said action be and hereby is, discontinued with prejudice and without costs; provided, however, that within 30 days of the date of this order, counsel for plaintiff may apply by letter for restoration of the action to the active calendar of the court, in which event the action will be restored.

DATED:    New York, New York
               March 7, 2008

_____
FRANK MAAS
United States Magistrate Judge

Attorney(s) for Plaintiff Letizia Martinez de Gonzalez
Mitchel H. Ochs, Esq.
Anderson & Ochs, LLP

Agreed and Consented to:

Letizia Martinez de Gonzalez

Attorney(s) for Defendant UBS AG
Arthur M. Handler, Esq.
Handler & Goodman, LLP

Agreed and Consented to:
UBS A.G.

Executive Director

ORDER OF DISCONTINUANCE     Page Two     Date: 3/7/08

Case: Martinez de Gonzalez v. UBS AG, et ano

Docket No.: 07cv7462    (RJS) (FM)

Additional Parties:

_[signature]_
Attorney(s) for Thelen, Reid / Robert Regan, Jr.
David Elsberg, Esq
Quinn Emanuel

Agreed and Consented to:

_[signature]_
John Ohman, Esq.
Thelen Partner

Attorney(s) for _____

Agreed and Consented to:

Attorney(s) for _____

Agreed and Consented to:

Attorney(s) for _____

Agreed and Consented to:

Attorney(s) for _____

Agreed and Consented to: