# MEMO ENDORSED

**ANDERSON & OCHS, LLP**

61 BROADWAY, SUITE 2900
NEW YORK, NEW YORK 10006
TELEPHONE (212) 344-3600
TELECOPIER (212) 344-0970
WWW.ANDERSONOCHS.COM

MITCHEL H OCHS
MEMBER
MOCHS@ANDERSONOCHS.COM

April 2, 2008

**VIA TELECOPIER**

The Honorable Frank Maas
United States Magistrate Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 740
New York, NY 10007

**APPLICATION GRANTED
SO ORDERED**

/s/ Frank Maas, USMJ 4/2/08

Re:   Gonzalez v. UBS AG, et an.
      Case No. 07 CIV 7462 (S.D.N.Y) (RJS) (FM)

Dear Judge Maas:

This firm is counsel to plaintiff in the above referenced settled matter.

I write with reference to the Court's March 7, 2008 Order of Discontinuance (a copy of which is enclosed), to request a 10-day extension of time to permit plaintiff to preserve her right to request restoration of the action to the active calendar, pending final consummation of the settlement.

In that connection, the parties have concluded the final negotiation and documentation of the March 7, 2008 on-the-record settlement, and execution copies of the settlement papers have been distributed yesterday for signature. Because some of the beneficiaries required to sign the settlement agreement reside outside the Country, it is uncertain whether all such signatures can be obtained, and the settlement proceeds paid, before April 7, 2008. I have spoken with counsel to all the other parties who do not oppose plaintiff's request, without prejudice to their rights to oppose any application to reopen or restore this action.

Respectfully submitted,

/s/

Mitchel H. Ochs

MHO:kc
Encl.
1860.05

cc:   Robert A. Goodman Esq. (via email)
      Michael Lifrak, Esq. (via email)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/2/08